# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hodges, Shiva V. | U.S. District Court | 12/02/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge, Full-time | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

Matthew J. Perry, Jr. Federal Courthouse
901 Richland Street
Columbia, South Carolina 29201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Secretary | Federal Magistrate Judges Association |
| 2. Board Member | Leadership South Carolina |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 12/02/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | �ના - Partnership share |
| 2. 2020 | ▬ - salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hodges, Shiva V. | 12/02/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 12/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 401K #1 (H) | | | | | | | | | |
| 2. - American Beacon SIM High Yield Opptys CL Y | A | Dividend | | | Sold | 07/06/20 | J | | |
| 3. - Artisan Intl Value Advisor CL | | None | | | Sold | 07/06/20 | J | | |
| 4. -ASG Managed Futures Strategy CL Y | | None | | | Sold (part) | 04/03/20 | J | | |
| 5. | | | | | Sold | 07/06/20 | J | | |
| 6. -ASG Dynamic Alloc CL Y | A | Dividend | | | Sold | 07/06/20 | J | | |
| 7. -ASG Tactical US Market CL Y | A | Dividend | | | Sold (part) | 04/03/20 | J | | |
| 8. | | | | | Sold | 07/06/20 | J | | |
| 9. -Bond Fund of America CL F2 | A | Dividend | J | T | Buy (add'l) | 07/06/20 | J | | |
| 10. | | | | | Sold (part) | 03/26/20 | J | | |
| 11. -Capital Income Builder CL F2 | A | Dividend | | | Buy (add'l) | 07/06/20 | J | | |
| 12. -Clearbridge Small Cap CL I | A | Dividend | | | Sold | 07/06/20 | J | | |
| 13. -Clearbridge Large Cap Growth CL I | | None | | | Sold | 07/06/20 | J | | |
| 14. -Delaware Diversified Income Instl CL | A | Dividend | | | Sold | 07/06/20 | J | | |
| 15. -Goldman Sachs Small Cap Growth Insights Investor | A | | | | | | | | |
| 16. -Growth Fund of America CL F2 | A | Dividend | K | T | | | | | |
| 17. | | | | | Buy (add'l) | 03/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 12/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -Harbor Capo Apprec Instl CL | | None | | | Sold | 07/06/20 | J | | |
| 19. -Harding Loevner Emerging Markets Advisor CL | | None | | | Sold | 07/06/20 | J | | |
| 20. -Intermediate Bond Fund of America CL F2 | A | Dividend | | | Sold (part) | 03/26/20 | J | | |
| 21. -Investment Company of America CL F2 | A | Dividend | K | T | | | | | |
| 22. Ishares IBOXX $ High Yield Corp BOND ETF | A | Dividend | J | T | Sold (part) | 04/06/20 | J | | |
| 23. -Ishares US Real Estate ETF IYR | | None | | | Sold | 01/03/20 | J | | |
| 24. -Janus Henderson Enterprise CL T | | None | | | Sold | 07/06/20 | J | | |
| 25. -John Hancock Disciplined Value CL I | | None | | | Sold | 07/06/20 | J | | |
| 26. -John Hancock Disciplined Val Mid Cap CL I | | None | | | Sold | 07/06/20 | J | | |
| 27. -Loomis Sayles Growth CL Y | | None | | | Sold | 07/06/20 | J | | |
| 28. -Metropolitan West Total Return Bond CL I | A | Dividend | | | Sold | 07/06/20 | J | | |
| 29. -MFS Value CL I | A | Dividend | | | Sold | 07/06/20 | J | | |
| 30. -New World CL F2 | A | Dividend | J | T | Buy (add'l) | 07/06/20 | J | | |
| 31. -Nuveen Small Cap Value CL I | | None | | | Sold | 04/09/20 | J | | |
| 32. -Oakmark Intl Investor CL | | None | | | Sold | 07/06/20 | J | | |
| 33. -Payden Low Duration Investor CL | A | Dividend | | | Sold | 07/06/20 | J | | |
| 34. -Royce Total Return Investment CL RYTRX | A | Dividend | | | Buy | 04/09/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hodges, Shiva V.** | 12/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 07/06/20 | J | | |
| 36. -Sector Consumer Staples Select Sector SPDR ETF | A | Dividend | | | Sold | 04/06/20 | J | | |
| 37. -Sector Technology Select Sector SPDR | A | Dividend | | | Sold | 05/04/20 | J | | |
| 38. -Select Utilities Select Sector SPDR ETF | A | Dividend | | | Sold | 04/06/20 | J | | |
| 39. -Smallcap World CL F2 | A | Dividend | | | Buy (add'l) | 07/06/20 | J | | |
| 40. -SPDR S&P 500 ETF | A | Dividend | | | Buy (add'l) | 01/03/20 | J | | |
| 41. | | | | | Sold (part) | 04/06/20 | J | | |
| 42. | | | | | Sold | 05/04/20 | J | | |
| 43. -T Rowe Price Emerging Markets Bond Investor CL | A | Dividend | | | Sold | 07/06/20 | J | | |
| 44. -Vanguard Total Bond Market ETF BND | A | Dividend | | | Buy | 05/04/20 | K | | |
| 45. | | | | | Sold | 07/06/20 | J | | |
| 46. -Vaughan Nelson Value Oppty CL Y | A | Dividend | | | Sold | 07/06/20 | J | | |
| 47. -Washington Mutual Investors CL F2 | A | Dividend | K | T | Buy (add'l) | 03/26/20 | J | | |
| 48. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 49. -WCM Focused Amerging Markets Instl CL WCMEX | | None | | | Buy | 04/03/20 | J | | |
| 50. | | | | | Sold | 07/06/20 | J | | |
| 51. -WCM Focused Global Growth Instl CL WCMGX | | None | | | Buy | 04/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 12/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold | 07/06/20 | J | | |
| 53. -Ishares MSCI Min Volatility ETF USMV | A | Dividend | K | T | Buy | 07/06/20 | J | | |
| 54. -Ishares US Trust Short Maturity Bond ETF NEAR | A | Dividend | | | Buy | 07/06/20 | J | | |
| 55. | | | | | Sold | 10/07/20 | J | | |
| 56. -Ishares US Treasury Bond ETF GOVT | A | Dividend | J | T | Buy | 07/06/20 | J | | |
| 57. | | | | | Sold<br>(part) | 11/05/20 | J | | |
| 58. -Ishares ESG MSCI USA ETF ESGU | A | Dividend | K | T | Buy | 07/06/20 | J | | |
| 59. -Ishares MSCI USA Value Factor ETF Vlue | A | Dividend | J | T | Buy | 07/06/20 | J | | |
| 60. -Ishares Core MSCI EAFE ETF IEFA | A | Dividend | J | T | Buy | 07/06/20 | J | | |
| 61. | | | | | Sold<br>(part) | 10/07/20 | J | | |
| 62. -Ishares Core S&P 500 ETF IVV | A | Dividend | J | T | Buy | 07/06/20 | J | | |
| 63. | | | | | Buy<br>(add'l) | 11/05/20 | J | | |
| 64. -Ishares 20+ YR Treasury Bond ETF TLT | A | Dividend | J | T | Buy | 07/06/20 | J | | |
| 65. -Ishares IBOXX $Investment Grade Corp Bond ETF LQD | A | Dividend | J | T | Buy | 07/06/20 | J | | |
| 66. -Ishares MSCI EAFE Growth ETF EFG | A | Dividend | J | T | Buy | 07/06/20 | J | | |
| 67. | | | | | Sold<br>(part) | 10/07/20 | J | | |
| 68. -Ishares US Medical Devices ETF IHI | A | Dividend | J | T | Buy | 07/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hodges, Shiva V.** | 12/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | -Ishares 1-5 year investment grade Corp Bond ETF IGSB | A | Dividend | J | T | Buy | 07/06/20 | J | | |
| 70. | -Ishares US Financial Services ETF IYG | A | Dividend | | | Buy | 07/06/20 | J | | |
| 71. | | | | | | Sold | 10/07/20 | J | | |
| 72. | -Ishares Global Tech ETF IXN | A | Dividend | J | T | Buy | 07/06/20 | J | | |
| 73. | -Ishares Core S&P Small Cap ETF IJR | A | Dividend | J | T | Buy | 07/06/20 | J | | |
| 74. | | | | | | Sold<br>(part) | 10/07/20 | J | | |
| 75. | -Ishares ESG MSCI EM ETF ESGE | A | Dividend | J | T | Buy | 07/06/20 | J | | |
| 76. | -Investment Company of America CL F2 | A | Dividend | K | T | Buy | 07/06/20 | J | | |
| 77. | | | | | | Sold<br>(part) | 08/07/20 | J | | |
| 78. | -America Emerging Markets Bond CL F2 EBNFX | A | Dividend | J | T | Buy | 08/07/20 | J | | |
| 79. | -American Corp Bond CL F2 BFCGX | A | Dividend | J | T | Buy | 08/07/20 | J | | |
| 80. | -Ishares ESG Aware MSCI USA ETF ESGU | A | Dividend | K | T | Buy | 10/07/20 | J | | |
| 81. | -Ishares MBS ETF MBB | A | Dividend | J | T | Buy | 10/07/20 | J | | |
| 82. | -Ishares ESG Aware MSCI EM ETF ESGE | A | Dividend | J | T | Buy | 10/07/20 | J | | |
| 83. | 401K #2 (H) | | | | | | | | | |
| 84. | - Invesco Moderate Allocation | A | Dividend | | | Sold | 05/15/20 | J | | |
| 85. | -Invesco Select Risk Mod Invstr Fund R | A | Dividend | | | Buy | 05/15/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 12/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 06/03/20 | K | | |
| 87.  Future Scholar 529 #1 (H) | | | | | | | | | |
| 88.  -FS AGGR Track 14-15 C | B | Int./Div. | K | T | | | | | |
| 89.  Future Scholar 529 #2 (H) | | | | | | | | | |
| 90.  -FS Aggressive Track Ages 14-15 | A | Int./Div. | J | T | Buy | 07/23/20 | J | | |
| 91.  Future Scholar 529 #3 (H) | | | | | | | | | |
| 92.  -FS AGGR Track12-13 C | B | Int./Div. | K | T | Buy | 02/25/20 | J | | |
| 93. | | | | | Buy (add'l) | 11/11/20 | J | | |
| 94.  Future Scholar 429 #4 (H) | | | | | | | | | |
| 95.  -FS Aggressive Track Ages 12-13 | A | Int./Div. | J | T | Buy | 02/25/20 | J | | |
| 96. | | | | | Buy (add'l) | 11/11/20 | J | | |
| 97.  Future Scholar 529 #5 (H) | | | | | | | | | |
| 98.  -FS Aggressive Track Ages 8-9 | A | Int./Div. | J | T | Buy | 02/25/20 | J | | |
| 99.  IRA #1 (H) | | | | | | | | | |
| 100.  -Allianzgi Performancefee Structure US Equity CL P | | None | J | T | | | | | |
| 101.  -AllianzGI Stuctured Return CL P | | None | J | T | | | | | |
| 102.  -Catalyst MLP & Infrastructure CL I | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hodges, Shiva V.** | 12/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -Calamos Market Neutral Income CL I | A | Dividend | J | T | | | | | |
| 104.  -Calamos Evolving World Growth CL I | A | Dividend | J | T | | | | | |
| 105.  -Eaton Vance Emerging Markets Local Income CL I | A | Dividend | J | T | | | | | |
| 106.  -Fidelity Advisor Technology CL I | A | Dividend | J | T | | | | | |
| 107.  -Fidelity Advisor Small Cap Value CL I (X) | | None | | | | | | | |
| 108.  -Fidelity Advisor Health Care CL I (X) | | None | | | | | | | |
| 109.  -Fidelity Advisor Finl Services CL I | A | Dividend | J | T | | | | | |
| 110.  -Fidelity Long Term Treasury Bond Index (X) | A | Dividend | | | | | | | |
| 111.  -Goldman Sachs GQG Partners Intl OPPTYS Investor CL | A | Dividend | J | T | | | | | |
| 112.  -Invesco Global Focus CL Y | A | Dividend | J | T | | | | | |
| 113.  -Lord Abbet Developing Growth CL I | A | Dividend | J | T | | | | | |
| 114.  -Mainstay CBRE Global Infra CL I | A | Dividend | J | T | | | | | |
| 115.  -Putnam Diversified Income CL Y | A | Dividend | J | T | | | | | |
| 116.  -T Rowe Price Financial Services Investor CL (X) | | None | | | | | | | |
| 117.  IRA #2 (H) | | | | | | | | | |
| 118.  -Allianzgi Performancefee Structure US Equity CL P (X) | | None | | | | | | | |
| 119.  -AllianzGI Stuctured Return CL P (X) | | None | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hodges, Shiva V.** | 12/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Blackrock Event Driven Equity Instl CL (X) | | None | | | | | | | |
| 121. -Catalyst MLP & Infrastructure CL I (X) | A | Dividend | | | | | | | |
| 122. -Calamos Market Neutral Income CL I | A | Dividend | J | T | | | | | |
| 123. -Calamos Evolving World Growth CL I | A | Dividend | J | T | | | | | |
| 124. -Calamos Phineus Long Short CL I (X) | | None | | | | | | | |
| 125. -Eaton Vance Emerging Markets Local Income CL I | A | Dividend | J | T | | | | | |
| 126. -Fidelity Advisor Technology CL I | A | Dividend | J | T | | | | | |
| 127. -Fidelity Advisor Small Cap Value CL I (X) | | None | | | | | | | |
| 128. -Fidelity Advisor Health Care CL I (X) | | None | | | | | | | |
| 129. -Fidelity Advisor Finl Services CL I | A | Dividend | J | T | | | | | |
| 130. -Fidelity Long Term Treasury Bond Index (X) | A | Dividend | | | | | | | |
| 131. -Goldman Sachs GQG Partners Intl OPPTYS Investor CL | A | Dividend | J | T | | | | | |
| 132. -Invesco Global Focus CL Y | A | Dividend | J | T | | | | | |
| 133. -Lord Abbett Developing Growth CL I | A | Dividend | J | T | | | | | |
| 134. -Mainstay CBRE Global Infra CL I | A | Dividend | J | T | | | | | |
| 135. -Putnam Diversified Income CL Y | A | Dividend | J | T | | | | | |
| 136. -T Rowe Price Financial Services Investor CL (X) | | None | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 12/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.   IRA #3 (H) | | | | | | | | | |
| 138.   -Allianzgi Performancefee Structure US Equity CL P (X) | | None | | | | | | | |
| 139.   -AllianzGI Stuctured Return CL P (X) | | None | | | | | | | |
| 140.   -Catalyst MLP & Infrastructure CL I (X) | A | Dividend | | | | | | | |
| 141.   -Calamos Market Neutral Income CL I | A | Dividend | J | T | | | | | |
| 142.   -Calamos Evolving World Growth CL I | A | Dividend | J | T | | | | | |
| 143.   -Calamos Phineus Long Short CL I (X) | | None | | | | | | | |
| 144.   -Eaton Vance Emerging Markets Local Income CL I | A | Dividend | J | T | | | | | |
| 145.   -Fidelity Advisor Technology CL I | A | Dividend | J | T | | | | | |
| 146.   -Fidelity Advisor Small Cap Value CL I (X) | | None | | | | | | | |
| 147.   -Fidelity Advisor Health Care CL I (X) | | None | | | | | | | |
| 148.   -Fidelity Advisor Finl Services CL I | A | Dividend | J | T | | | | | |
| 149.   -Fidelity Long Term Treasury Bond Index (X) | A | Dividend | | | | | | | |
| 150.   -Goldman Sachs GQG Partners Intl OPPTYS Investor CL | A | Dividend | J | T | | | | | |
| 151.   -Invesco Global Focus CL Y | A | Dividend | J | T | | | | | |
| 152.   -Lord Abbett Developing Growth CL I | A | Dividend | J | T | | | | | |
| 153.   -Mainstay CBRE Global Infra CL I | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hodges, Shiva V.** | 12/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Putnam Diversified Income CL Y | A | Dividend | J | T | | | | | |
| 155. -T Rowe Price Financial Services Investor CL (X) | | None | | | | | | | |
| 156. 401K #3 (H) | | | | | | | | | |
| 157. -JH Multi-Index LS Growth | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hodges, Shiva V.** | 12/02/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) In Part, VII., all funds with an (X) have a sale that was less that reporting limits.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Shiva V. Hodges

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544